**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **TQP DEVELOPMENT, LLC,**<br><br>Plaintiff,<br><br>**v.**<br><br>**DISH NETWORK L.L.C.,**<br><br>Defendant. | **C. A. No. 2:12-cv-179 MHS-CMC**<br><br>**JURY TRIAL DEMANDED** |

## SUPPLEMENTAL COMPLAINT FOR PATENT INFRINGEMENT

TQP Development, LLC ("TQP") makes the following supplemental allegations against DISH Network L.L.C. ("Dish Network" or "Defendant").

## PARTIES

1. Paragraphs 1 and 2 of TQP's Original Complaint for Patent Infringement ("Complaint") (Dkt. No. 1) are adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

## JURISDICTION AND VENUE

2. Paragraphs 3 through 5 of TQP's Complaint are adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

## COUNT I

## INFRINGEMENT OF U.S. PATENT NO. 5,412,730

3. Paragraph 6 of TQP's Complaint is adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

4. Paragraph 7 of TQP's Complaint is adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c). Additionally, and in the alternative, upon information and belief, Defendant Dish Network has induced infringement of the '730 patent in the State of Texas, in this judicial district, and elsewhere in the United States, by, among other things, performing certain steps of the methods claimed by the '730 patent, and advising, encouraging, or otherwise inducing others to perform the remaining steps claimed by the '730 Patent to the injury of TQP. For example, Dish Network has configured the equipment that hosts its secure websites ("Host Server") (including, without limitation to, www.my.dish.com and related internal systems supporting the operation of said website), or caused the Host Server to be configured, to require use of the SSL and/or TLS encryption protocols. An SSL/TLS handshake takes place when, for example, a Dish Network customer, potential customer, or client connects to a secure Dish Network website with a computer or mobile device ("Client Computer"). The Host Server of Dish Network determines which cipher is used for encryption and decryption at the transmitter and receiver of the Host Server and Client Computer during the SSL/TLS handshake. A communication link covered by one or more claims of the '730 patent was established between the Host Server and the Client Computer when the Host Server determined that the RC4 encryption algorithm would be used during the SSL/TLS handshake. Data transmitted over the communication link (both from the Client Computer to the Host Server, and from the Host Server to the Client Computer) comprises a sequence of blocks, and was transmitted as packets in a sequence over the communication link. The Client Computer and the Host Server automatically encrypted and decrypted the data transmitted over the communication link pursuant to the method steps claimed by the '730 patent. The Client Computer and the Host Server automatically provided a seed value to the transmitter and receiver that were used to encrypt and decrypt the data transmitted

over the communication link. A first sequence of pseudo-random key values was automatically generated at the transmitter (whichever of the Host Server or Client Computer was sending the encrypted information) to encrypt the data based on said seed values, each new key value in said sequence being produced at a time dependent upon a predetermined characteristic of the data being transmitted over said link. Dish Network has encrypted data and transmitted data from the Host Server to the Client Computer over said link. In addition, by using its Host Server to determine that the RC4 encryption algorithm would be used, Dish Network has caused users of the Client Computer to encrypt and transmit data over said link to the Host Server. Dish Network has generated, and, by using its Host Server to determine that the RC4 encryption algorithm would be used, has caused the Client Computer to automatically generate a second sequence of pseudo-random key values to encrypt data, based on said seed value at said transmitter, each new key value in said sequence being produced at a time dependent upon a predetermined characteristic of the data being transmitted over said link such that said first and second sequences are identical to one another, as is used in a symmetric algorithm, a new one of said key values in said first and second sequences being produced each time a predetermined number of said blocks are transmitted over said link. Dish Network has decrypted data sent from the Client Computer over said link in order to use the data, and, by using its Host Server to determine that the RC4 encryption algorithm would be used, has caused the Client Computer to automatically decrypt data transmitted from the Host Server over said link in order to provide a useable display to the user of the Client Computer. Since at least April 4, 2012, when TQP's Complaint was filed, Dish Network has had knowledge of the '730 patent and, by continuing the actions described above, has had the specific intent to induce infringement of the '730 patent pursuant to 35 U.S.C. § 271(b).

5. Paragraphs 8 through 10 of TQP's Complaint are adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

## PRAYER FOR RELIEF

The Prayer for Relief of TQP's Complaint is adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c), and TQP respectfully requests that this Court enter a judgment in favor of Plaintiff that Defendant has infringed directly, jointly, by directing and controlling the accused encryption process, and/or indirectly by way of inducing the performance of the claimed method steps.

## DEMAND FOR JURY TRIAL

The Demand for Jury Trial of TQP's Complaint is adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

Dated: December 13, 2012

Respectfully submitted,

By: */s/ Marc A. Fenster*

Marc A. Fenster, CA Bar # 181067
E-mail: mfenster@raklaw.com
Alex C. Giza, CA Bar No. 212327
Email: agiza@raklaw.com
Adam S. Hoffman, CA Bar No. 218740
Email: ahoffman@raklaw.com
Andrew Weiss, CA Bar No. 232974
Email: aweiss@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310/826-7474
Facsimile: 310/826-6991

Hao Ni, TX Bar No. 24047205
E-mail: hni@nilawfirm.com
Ni Law Firm, PLLC
3102 Maple Ave. Suite 400

Dallas, TX 75201
Telephone: 214/800-2208
Facsimile: 214/880-2209

Andrew W. Spangler
State Bar No. 24041960
Spangler & Fussell P.C.
208 N. Green St., Suite 300
Longview, TX 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403
Email: spangler@sfipfirm.com

James A. Fussell, III
AR State Bar No. 2003193
Spangler & Fussell P.C.
211 N. Union Street, Suite 100
Alexandria, VA 22314
Telephone: (903) 753-9300
Facsimile: (903) 553-0403
Email: fussell@sfipfirm.com

**ATTORNEYS FOR PLAINTIFF**
**TQP DEVELOPMENT, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on December 13, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Adam S. Hoffman*
Adam S. Hoffman