UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § § § | |
| Plaintiff, | § § | No. 2:12-CV-61-JRG-RSP |
| v. | § § | CONSOLIDATED |
| WELLS FARGO BANK, N.A, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |
| TQP DEVELOPMENT, LLC, | § § § | |
| Plaintiff, | § § § | No. 2:12-CV-179-JRG-RSP |
| v. | § § | JURY TRIAL DEMANDED |
| DISH NETWORK, LLC, | § § § | |
| Defendant. | § § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff TQP Development, LLC and defendant DISH Network, LLC in the lead consolidated case, *TQP Development, LLC v. Wells Fargo Bank, N.A.*, Case No. 2:12-cv-61, and *TQP Development, LLC v. DISH Network, LLC*, Case No. 2:12-cv-179, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted between plaintiff TQP Development, LLC and defendant DISH Network, LLC in the lead

consolidated case, *TQP Development, LLC v. Wells Fargo Bank, N.A.*, Case No. 2:12-cv-61, and *TQP Development, LLC v. DISH Network, LLC*, Case No. 2:12-cv-179, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 9th day of August, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE